STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (KH-6957)
Erez E. Gilad (EG-7601)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for each of Banc of America Securities, LLC, Brencourt Credit Opportunities Master, Ltd., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P., and Ore Hill Hub Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                  :        Chapter 11
                                                       :
**Calpine Corporation,** *et al.*,                     :        Case No. 05-60200 (BRL)
                                                       :
                    Debtors.                           :        (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEAL

Banc of America Securities, LLC, Brencourt Advisors, LLC, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P. and Ore Hill Hub Fund, Ltd., the holders and/or investment advisors to certain holders of certain of the 7.75% Contingent Convertible Notes due 2015 (the "7.75% Convertible Notes" or the "7.75% Convertible Noteholders") issued by Calpine Corporation ("Calpine", and together with the above-captioned debtors and debtors-in-possession, the "Debtors") hereby appeal under 28 U.S.C. § 158(a) and pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, to the United States District Court for the Southern District of New York from the Order Granting Debtors' Limited Objection to Convertible Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299 and 6300 (the "Order"), entered by the United States Bankruptcy

Court for the Southern District of New York (Hon. Burton R. Lifland) on August 10, 2007 [Docket No. 5595].

The names of the parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are each as follows:

**Debtors:**
Attorneys:
Richard M. Cieri, Esq.
Marc Kieselstein, Esq.
Edward O. Sassower, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, New York 10022
Telephone: (212) 446-4800

**7.75% Convertible Noteholders:**
Attorneys:
Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**Holders of the 6% Convertible Notes Due 2014 Issued by Calpine:**
Attorneys:
Dennis F. Dunne, Esq.
Matthew S. Barr, Esq.
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

**Official Committee of Unsecured Creditors:**
Attorneys:
Michael S. Stamer, Esq.
Lisa G. Beckerman, Esq.
Philip C. Dublin, Esq.
Akin Gump Strauss Hauer & Field LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

**Official Committee of Equity Security Holders:**

    Attorneys:
        Brad E. Scheler, Esq.
        Gary Kaplan, Esq.
        Fried Frank Harris Shriver & Jacobson LLP
        One New York Plaza
        New York, New York 10004
        Telephone: (212) 859-8000
        Facsimile: (212) 859-4000

**Manufacturers & Traders Trust Company, Successor Indenture Trustee for the 7.75% Convertible Notes:**

    Attorneys:
        Ian S. Fredricks, Esq.
        Young Conaway Stargatt & Taylor, LLP
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

**HSBC Bank USA, N.A., Successor Trustee for the 6% Convertible Notes:**

    Attorneys:
        David E. Retter, Esq.
        Keller Drye & Warren LLP
        101 Park Ave
        New York, New York 10178
        Telephone: (212) 808-7800
        Facsimile: (212) 808-7897

Dated:  New York, New York
         August 14, 2007

                                    STROOCK & STROOCK & LAVAN LLP

                                    /s/ Kristopher M. Hansen
                                    Kristopher M. Hansen (KH-6957)
                                    Erez E. Gilad (EG-7601)
                                    180 Maiden Lane
                                    New York, New York 10038
                                    Telephone: (212) 806-5400
                                    Facsimile:  (212) 806-6006

                                    *Attorneys for each of Banc of America Securities, LLC, Brencourt Credit Opportunities Master, Ltd., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P., and Ore Hill Hub Fund, Ltd.*