**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                              :
                                                    :  Chapter 11
CALPINE CORPORATION, et al.,                        :  Case No. 05-60200 (BRL)
                                                    :
                    Debtors.                        :
-------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                           :
AURELIUS CAPITAL MANAGEMENT, LP,                    :
DRAWBRIDGE SPECIAL OPPORTUNITIES                    :
ADVISORS LLC, ORE HILL HUB FUND LTD.,               :
NISSWA MASTER FUND LTD., PINES EDGE                 :
VALUE INVESTORS LTD., PINES EDGE                    :
VALUE INVESTORS L.P., SILVER SANDS                  :  Civil Case No. 07-07830 (JGK)
FUND LLC, STARK MASTER FUND LTD.                    :
AND 3V CAPITAL MANAGEMENT, LLC                      :
                                                    :
                    Appellants,                     :
                                                    :
         -against-                                  :
                                                    :
CALPINE CORPORATION AND ITS                         :
AFFILIATED DEBTORS AND DEBTORS                      :
IN POSSESSION, OFFICIAL COMMITTEE                   :
OF UNSECURED CREDITORS OF                           :
CALPINE CORPORATION, OFFICIAL                       :
COMMITTEE OF EQUITY SECURITY                        :
HOLDERS,                                            :
                                                    :
                    Appellees.                      :
-------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                       :
                                                             :
                                                             : Chapter 11
CALPINE CORPORATION, et al.,                                 : Case No. 05-60200 (BRL)
                                                             :
                     Debtors.                                :
-------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES                               :
MASTER, LTD., BRENCOURT MULTI-                               :
STRATEGY ENHANCED DEDICATED                                  :
FUND, LP, DILLON READ U.S. FINANCE                           :
L.P., DILLON READ FINANCIAL PRODUCTS                         :
TRADING LTD., LINDEN CAPITAL L.P.                            :
AND ORE HILL HUB FUND, LTD.                                  : Civil Case No. 07-07831 (JGK)
                                                             :
                     Appellants,                             :
                                                             :
         -against-                                           :
                                                             :
CALPINE CORPORATION AND ITS                                  :
AFFILIATED DEBTORS AND DEBTORS IN                            :
POSSESSION, OFFICIAL COMMITTEE OF                            :
UNSECURED CREDITORS OF CALPINE                               :
CORPORATION, OFFICIAL COMMITTEE                              :
OF EQUITY SECURITY HOLDERS,                                  :
                                                             :
                     Appellees.                              :
-------------------------------------------------------------x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| CALPINE CORPORATION, et al., | : Case No. 05-60200 (BRL) |
| | : |
| Debtors. | : |
| | |
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR THE 6% CONVERTIBLE NOTES DUE 2014 AND THE 4.75% CONTINGENT CONVERTIBLE NOTES DUE 2023 | : : : : Civil Case No. 07-07832 (JGK) : : |
| Appellants, | : |
| -against- | : |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : : : : : : : |
| Appellees. | : |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| CALPINE CORPORATION, et al., | : Case No. 05-60200 (BRL) |
| | : |
| Debtors. | : |

-------------------------------------------------------------x

| | |
|---|---|
| MANUFACTURERS & TRADERS TRUST AS TRUSTEE FOR THE 7.75% CONVERTIBLE NOTES DUE 2015 | : :  : : Civil Case No. 07-07867 (JGK) |
| | : |
| Appellants, | : |
| | : |
| -against- | : |
| | : |
| CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, | : : : : : : : |
| | : |
| Appellees. | : |

-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 24, 2007, I sent a true and correct copy of the foregoing: **Brief of Debtors-Appellees,** to the following counsel of record by electronic mail.

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael Stamer, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Lisa Beckerman, Esq.<br>Shaya Rochester, Esq.<br>590 Madison Avenue<br>New York, NY 10022-2524<br>mstamer@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>lbeckerman@akingump.com<br>srochester@akingump.com<br>Counsel for the Official Committee of Unsecured Creditors | KELLEY DRYE & WARREN LLP<br>Sarah L. Reid, Esq.<br>David E. Retter, Esq.<br>Damon W. Suden, Esq.<br>Jennifer A. Christian, Esq.<br>101 Park Avenue<br>New York, NY 10178<br>dretter@kelleydrye.com<br>sreid@kelleydrye.com<br>dsuden@kelleydrye.com<br>jchristian@kelleydrye.com<br>Counsel to HSBC Bank USA, N.A., as Indenture Trustee |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>Gary L. Kaplan, Esq.<br>Michael de Leeuw, Esq.<br>Adrian Feldman, Esq.<br>One New York Plaza<br>New York, NY 10004<br>gary.kaplan@friedfrank.com<br>michael.deleeuw@friedfrank.com<br>feldmad@friedfrank.com<br>Counsel for the Official Committee of Equity Security Holders | MILBANK TWEED HADLEY & MCCLOY LLP<br>Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Andrew M. Leblanc<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>mbarr@milbank.com<br>aleblanc@milbank.com<br>Counsel to Certain Holders of 6% Convertible Notes |
| STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>180 Maiden Lane<br>New York, NY 10038<br>khansen@stroock.com | STUTMAN, TREISTER & GLATT, P.C.<br>Isaac M. Pachulski, Esq.<br>Eric D. Winston, Esq.<br>Whitman L. Holt, Esq.<br>ipachulski@stutman.com<br>ewinston@stutman.com |

egilad@stroock.com
Counsel to Certain Holders of 7.75% Convertible Notes

wholt@stutman.com
1901 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
Counsel to Certain Holders of 6% Convertible Notes

YOUNG CONAWAY STARGATT & TAYLOR LLP
Ian S. Fredericks, Esq.
1000 West Street, 17th Floor
Wilmington, DE 19801
ifredericks@ycst.com
Counsel to Manufacturers & Traders Trust Company, as Indenture Trustee

UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK
Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
paul.schwartzberg@usdoj.gov

Dated: September 24, 2007
　　　New York, New York

　　　/s/ M. Catherine Peshkin
M. Catherine Peshkin (MP 5400)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:　(212) 446-4800
Facsimile:　(212) 446-4900

K&E 12110917.1