**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :
                                                                : Chapter 11
CALPINE CORPORATION, et al.,                                    :
                                                                : Case No. 05-60200 (BRL)
                          Debtors.              :
---------------------------------------------------------------- x
ARISTEIA CAPITAL, L.L.C., AURELIUS                              :
CAPITAL MANAGEMENT, L.P.,                                       : Civil Case No. 07-CV-7830 (JGK)
BRENCOURT CREDIT OPPORTUNITIES                                  : (Consolidated with Civil Case Nos. 07-
MASTER, LTD., BRENCOURT MULTI-                                  : CV-7831, 07-CV-7832 and 07-CV-7867)
STRATEGY ENHANCED DEDICATED FUND,                               :
LP, DILLON READ U.S. FINANCE L.P.,                              :
DILLON READ FINANCIAL PRODUCTS                                  :
TRADING LTD., DRAWBRIDGE SPECIAL                                :
OPPORTUNITIES ADVISORS LLC, LINDEN                              :
CAPITAL L.P., NISSWA MASTER FUND                                :
LTD., ORE HILL HUB FUND LTD., PINES                             :
EDGE VALUE INVESTORS LTD., PINES                                :
EDGE VALUE INVESTORS L.P., SILVER                               :
SANDS FUND LLC, STARK MASTER FUND                               :
LTD., 3V CAPITAL MANAGEMENT, LLC,                               :
HSBC BANK USA, N.A., AS INDENTURE                               :
TRUSTEE FOR THE 6% CONVERTIBLE                                  :
NOTES DUE 2014 AND THE 4.75%                                    :
CONVERTIBLE NOTES DUE 2023, AND                                 :
MANUFACTURERS & TRADERS TRUST                                   :
COMPANY, AS INDENTURE TRUSTEE FOR                               :
THE 7.75% CONVERTIBLE NOTES,                                    :
                                                                :
                          Appellants,                 :
                                                                :
                     -against-                     :
                                                                :
CALPINE CORPORATION AND ITS                                     :
AFFILIATED DEBTORS AND DEBTORS IN                               :
POSSESSION, OFFICIAL COMMITTEE OF                               :
UNSECURED CREDITORS OF CALPINE                                  :
CORPORATION, OFFICIAL COMMITTEE OF                              :
EQUITY SECURITY HOLDERS,                                        :
                                                                :
                          Appellees.                  :
---------------------------------------------------------------- x

# AFFIDAVIT OF SERVICE

**STROOCK & STROOCK & LAVAN LLP**
Kristopher M. Hansen (KH-4679)
Erez E. Gilad (EG-7601)
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

*Attorneys for Appellants Brencourt Credit Opportunities Master, Ltd., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P., and Ore Hill Hub Fund, Ltd.*

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

Mark R. Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On September 7, 2007, affiant caused to be served true and correct copies of the *Opening Brief of Appellant Holders of the 7.75% of Convertible Notes* (Docket No. 5), via electronic mail upon the parties listed on Service List "A."

/s/ Mark Wojcik
Mark R. Wojcik

Sworn to before me this
10th day of October, 2007

/s/ Ethel Earley
NOTARY PUBLIC

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

**Service List "A"**

| | |
|---|---|
| Michael Stamer, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Lisa Beckerman, Esq.<br>Alexis Freeman, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524<br>mstamer@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>lbeckerman@akingump.com<br>afreeman@akingump.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Sarah L. Reid, Esq.<br>David E. Retter, Esq.<br>Damon W. Suden, Esq.<br>Jennifer A. Christian, Esq.<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>dretter@kelleydrye.com<br>sreid@kelleydrye.com<br>dsuden@kelleydrye.com<br>jchristian@kelleydrye.com<br><br>*Counsel to HSBC Bank USA, N.A., as Indenture Trustee* |
| Gary L. Kaplan, Esq.<br>Adrian Feldman, Esq.<br>Susanna J, Gray, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>gary.kaplan@friedfrank.com<br>feldmad@friedfrank.com<br>graysu@ffhsj.com<br><br>*Counsel for the Official Committee of Equity Security Holders* | Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Andrew M. Leblanc, Esq.<br>Catherine J. Yu, Esq.<br>MILBANK TWEED HADLEY & MCCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>mbarr@milbank.com<br>aleblanc@milbank.com<br>cyu@milbank.com<br><br>*Counsel to Certain Holders of 6% Convertible Notes* |

| | |
|---|---|
| Isaac M. Pachulski, Esq.<br>Whitman L. Holt, Esq.<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 19th Floor<br>Los Angeles, CA 90067<br>ipachulski@stutman.com<br>wholt@stutman.com<br><br>*Counsel to Certain Holders of 6% Convertible Notes* | Ian S. Fredericks, Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>ifredericks@ycst.com<br><br>*Counsel to Manufacturers & Traders Trust Company, as Indenture Trustee* |
| Edward Sassower, Esq.<br>M. Catherine Peshkin, Esq.<br>Marc Kieselstein, Esq.<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>esassower@kirkland.com<br>mkieselstein@kirkland.com<br>cpeshkin@kirkland.com<br><br>*Counsel for the Debtors* | |