UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: CALPINE CORPORATION
-----------------------------------------------------------X

07 civ 7830 (JGK)
07 civ 7831 (JGK)
07 civ 7832 (JGK)
07 civ 7867 (JGK)
07 civ 8493 (JGK)

## MEMORANDUM AND ORDER

Pursuant to the opinion and order dated November 21, 2007, all of the above actions are dismissed from the docket of this Court. The Clerk is directed to close the above actions.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 20, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08